```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SHARWLINE NICHOLSON, ET AL.             :    MEMORANDUM AND ORDER
                                        :
              Plaintiffs,               :
                                        :    CV 00-2229
      -against-                         :    (JBW)  FILED
                                        :         IN CLERK'S OFFICE
NAT WILLIAMS, ET AL.                    :   U.S. DISTRICT COURT, E.D.N.Y.
                                        :
              Defendants.               :    ★ SEP 0 9 2005 ★
----------------------------------------X
                                             BROOKLYN OFFICE
```

WEINSTEIN, *Senior District Judge*:

Upon all prior submissions in this action, George E. Pataki, as Governor of the State of New York, Jonathan Lippman, as Administrative Judge of the State of New York, and John Johnson, as Commissioner of the Office of Children and Family Services of the State of New York, are dismissed as defendants from this action.

SO ORDERED.

                                    _____
                                    Jack B. Weinstein
                                    Senior District Judge

Dated: Brooklyn, New York
       ~~August~~ 9/9, 2005



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ELIOT SPITZER
ATTORNEY GENERAL

# FACSIMILE TRANSMISSION

TO Honorable Jack B. Weinstein     FAX NO. (718) 260-2527
    U.S. District Judge            PHONE NO. (718) 260-2520

FROM William H. Bristow III, Assistant Attorney General
                         PHONE NO. (212) 416-8648

DATE September 7, 2005     NUMBER OF PAGES 3
                               (INCLUDING THIS PAGE)

REMARKS Re: Nicholson v. Williams, 00 CV 2229

---

IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT

| NAME F. Callaghan | OFFICE    LITIGATION - NYC |
|---|---|
| PHONE NO. (212) 416-8554 | FAX NO. (212) 416-6077 |

CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS PRIVILEGED & CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.

OAG 007 (01/97)     120 BROADWAY, NEW YORK, NY 10271-0332



# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER  
Attorney General

(212) 416-8648

RICHARD RIFKIN  
Deputy Attorney General  
State Counsel Division

JAMES B. HENLY  
Assistant Attorney General in Charge  
Litigation Bureau

August 2, 2005

BY HAND

Honorable Jack B. Weinstein
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Nicholson v. Williams
    00 Civ. 2229 (JBW)

Dear Judge Weinstein:

In a follow-up to my letter, dated July 7, 2005, enclosed herewith as requested by Magistrate Judge Pollack's chambers is a proposed Memorandum and Order dismissing defendants George E. Pataki, as Governor of the State of New York, Jonathan Lippman, as Administrative Judge of the State of New York ("defendant Lippman"), and John Johnson, as Commissioner of the Office of Children and Family Services of the State of New York, from this action. Although the Attorney General's Office does not represent defendant Lippman, I have spoken with his counsel, Shawn Kerby, who has authorized me to submit the proposed Memorandum and Order on defendant Lippman's behalf.

Respectfully submitted,

William H. Bristow III (WB-1521)
Assistant Attorney General

cc: Honorable Cheryl L. Pollak, U.S. Magistrate Judge
    David Lansner, Esq., Attorney for Subclass A

************ -COMM. JOURNAL- ***************** DATE SEP-08-2005 ***** TIME 15:41 ********

MODE = MEMORY TRANSMISSION    START=SEP-08 15:40    END=SEP-08 15:40

FILE NO.=608

STN NO.  COMM.  ABBR NO.  STATION NAME/TEL NO.  PAGES  DURATION
                          912124166075          001/001 00:00:18
001      OK

*************************************** -JBW - ***** - HON. JACK B. WEINSTEIN
                                                       1 718 260 2527- ********
SEP-07-2005  15:46                                                     P.03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SHARWLINE NICHOLSON, ET AL.       :   MEMORANDUM AND ORDER
                Plaintiffs,       :
                                  :   CV 00-2229
        -against-                 :   (JBW) (CLP)
                                  :
NAT WILLIAMS, ET AL.              :
                                  :
                Defendants.       :
----------------------------------X

WEINSTEIN, Senior District Judge:

Upon all prior submissions in this action, George E. Pataki, as Governor of the State of New York, Jonathan Lippman, as Administrative Judge of the State of New York, and John Johnson, as Commissioner of the Office of Children and Family Services of the State of New York, are dismissed as defendants from this action.

SO ORDERED.

Jack B. Weinstein
Senior District Judge

Dated: Brooklyn, New York
       August /_, 2005
         9/9