

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**JONATHAN PINES**
Tel.: (212) 356-2082
Fax: (212) 356-8760
(correspondence only)
email: jpines@law.nyc.gov

June 15, 2017

Honorable Jack B. Weinstein
Senior United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

Re:    *Nicholson v. Williams,* 00 CV 2229 (JBW)
        Letter from Ms. Donna Darbasie

Dear Judge Weinstein:

I hope this letter finds you well.  As counsel for the City Defendants in *Nicholson*, I received notification of the recent docketing of Ms. Darbasie's letter application to the Court seeking an emergency permitting her to attend the graduation of her biological son Christopher.

I submit this letter to apprise the Court (and Ms. Darbasie) of the following relevant information.  I am informed that Christopher has reached the age of legal adulthood and, for that reason (among others not relevant here), the New York City Administration for Children's Services has no knowledge of or control over who is or is not invited to attend Christopher's graduation.  To the extent that there may be others who oppose Ms. Darbasie's attendance, these are, again, private and personal matters about which ACS has no knowledge and over which ACS has no control.

I would send a copy of this letter to Ms. Darbasie, but no mailing address is provided in her recent filing (Dkt. No. 688).  I would therefore respectfully request that, if possible, the Court forward a copy of this letter to her at any address it may have on file.  Thank you for your attention to this matter.

Very truly yours,

_____/s/_____
Jonathan Pines
Assistant Corporation Counsel

Copy by ECF to all *Nicholson* counsel